IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL HERBERT BUCKLEY,

    Petitioner,

v.                                CASE NO. 4:14cv206-RH/CAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 24. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed." The clerk must close the file.

SO ORDERED on December 5, 2016.

                                s/Robert L. Hinkle
                                United States District Judge